# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 11, 2019

159313

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DEREK JAMES RAINBOLT,
     Defendant-Appellant.

SC: 159313
COA: 345529
Muskegon CC: 14-064458-FC

Bridget M. McCormack,
*Chief Justice*

David F. Viviano,
*Chief Justice Pro Tem*

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
*Justices*

_____/

On order of the Court, the application for leave to appeal the January 22, 2019 order of the Court of Appeals is considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Muskegon Circuit Court for reconsideration of the defendant's challenge to Barbara Cross's testimony, first addressed in the circuit court's March 15, 2018 opinion denying relief from judgment, in light of *People v Thorpe*, 504 Mich 230 (2019). In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 11, 2019



Clerk

a1204